CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 22 2005

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH TURNER, ) | |
| WILLIAM BEMBO, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00762 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| R. D. BARLOW, et. al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff Turner's request to proceed in forma pauperis is **DENIED**; the action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g) **only** as to claims raised by Turner; the clerk shall terminate Turner as a party to the case; and **the action will go forward as to Plaintiff Bembo's claims, provided that he complies with conditions set forth by separate order.**

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiffs and to counsel of record for the defendants.

ENTER: This 22nd day of December, 2005.

/s/ James C. Turk
Senior United States District Judge